```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| BEVERLY NORBERG, | 2:09-cv-03421-GEB-DAD |
| Plaintiff, | |
| v. | ORDER RE: SETTLEMENT AND DISPOSITION |
| WEST ASSET MANAGEMENT, INC., | |
| Defendant. | |

On February 24, 2010, the parties filed a Notice of Settlement in which they state "this case has . . . settled" and they "anticipate filing a stipulation of dismissal of this action . . . with prejudice within thirty days." Therefore, a dispositional document shall be filed no later than March 26, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference scheduled for April 12, 2010 is continued to commence at 9:00 a.m. on April 26, 2010, in the event

that no dispositional document is filed, or if this action is not otherwise dismissed.  Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  February 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding. <u>Cf. Callie v. Near</u>, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2